Kurt C. Peterson (SBN 83941)
Kenneth N. Smersfelt (SBN 166764)
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    +1 213 457 8000
Facsimile:    +1 213 457 8080

Karen A. Braje (SBN 193900)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Anthem Blue Cross Life and Health Insurance Company and Blue Cross of California dba Anthem Blue Cross, erroneously sued as Blue Cross of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALHT INSURANCE COMPANY, a California corporation; BLUE CROSS OF CALIFORNIA, a California corporation; DOE(S) 1-20,<br><br>Defendants. | No.: CV 11-0276 JF HRL<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES**<br><br>Date:         April 15, 2011<br>Time:         9:00 a.m.<br>Place:         Courtroom 3<br><br>Compl. Filed:   October 19, 2010<br>(Santa Clara Superior Court, Case # 110CV185309)<br><br>Trial Date:    Not Yet Set<br><br>Attached Document<br>[Proposed] Order |

1  The Parties filed a Joint Stipulation and Request to Continue the Status Conference and
2  Related Deadlines. Based upon the Parties' Stipulation and **GOOD CAUSE APPEARING**,

3

4  The Status Conference and related deadlines shall be continued as follows: (1) the Status
5  Conference shall be continued until May 20, 2011 at ~~9:00~~ 10:30 a.m. in Courtroom 3 of this Court ; (2) the
6  last day for the Parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall
7  be April 29, 2011; and (3) the last day for Parties to submit their Joint Status Conference Statement
8  shall be May 13, 2011.

10  **IT IS SO ORDERED.**

12  Dated: 4/13/11

_____
Honorable Jeremy Fogel
U.S. District Court Judge for the Northern District of California

17  US_ACTIVE-105890558.1

—1—
[Proposed] Order